# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>SHOW READY, LLC, a suspended California limited liability company,<br><br>Defendant. | CASE NO. 2:17-cv-09131-JAK (RAOx)<br><br>**JUDGMENT**<br><br>JS-6 |

This matter came before the Honorable John A. Kronstadt, on May 14, 2018 at 8:30 a.m., pursuant to the Motion of Plaintiff, The Board of Trustees of the Teamsters Miscellaneous Security Trust Fund, in their capacity as fiduciaries for the Teamsters Miscellaneous Security Trust Fund, to enter Default Judgment.

It appearing that Defendant SHOW READY, LLC, a suspended California limited liability company, having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered, and the Court having considered Plaintiff's Motion and the Declarations of Yessica Casillas and Elizabeth Rosenfeld, and all other papers filed in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff The Board of Trustees of the Teamsters Miscellaneous Security Trust Fund, in their capacity as fiduciaries for the Teamsters Miscellaneous Security Trust Fund, shall have judgment against Defendant Show Ready, LLC, a suspended California limited liability company, as follows:

| | |
|---|---|
| Contributions (8/17 through 1/18) | $10,405.00 |
| Liquidated damages (11/16; 8/17 through 2/18) | $ 2933.40 |
| Interest at 10% per annum through 3/13/18 | $ 525.77 |
| Attorneys' fees (L.R. 55-3) | $ 1431.85 |
| Costs | $ 463.35 |
| TOTAL | $15,759.37 |

IT IS SO ORDERED.

Dated: July 9, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE